UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KATHERINE SCONIERS, a Successor in Interest to Zacary D. Sconier<br><br>Plaintiffs,<br><br>v.<br><br>CARRINGTON MORTGAGE SERVICES LLC., ET AL.,<br><br>Defendants. | Case No. 1:25-cv-01350-JLT-FJS<br><br>ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE |

On November 13, 2025, Defendant Carrington Mortgage Services LLC., filed a motion to dismiss. (*See* ECF No. 5.)  On May 12, 2026, the court granted Carrington's motion to dismiss in part with leave to amend in part. (ECF No. 18.)  The court also granted Plaintiff Katherine Sconiers thirty (30) days from the date of the order to file a first amended complaint. (*Id.* at 8.)

On May 19, 2026, the parties filed their joint status report as required by Local Rule 240. (*See* ECF No. 19.)  The docket further reflects that Plaintiff has yet to file her first amended complaint. Since there is no operative complaint at issue, the parties cannot adequately propose a reasonable discovery schedule.  To preserve the resources of the parties and the court, the court finds that continuance of the May 26, 2026, scheduling conference is necessary.

Accordingly, it is HEREBY ORDERED that:

(1) Plaintiff shall file her first amended complaint by June 11, 2026;

(2) The scheduling conference shall be continued from May 26, 2026, to <u>July 13, 2026, at 9:00 a.m. in Courtroom 8 (FJS) before U.S. Magistrate Judge Frank J. Singer;</u>

(3) The parties shall file a Joint Scheduling Report seven (7) days prior to the conference.

The parties shall appear at the conference remotely by telephone.  The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference.  The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **May 20, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2