UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE SCONIERS *as Successor in Interest to Zachary D. Sconiers*,<br><br>Plaintiff,<br><br>v.<br><br>CARRINGTON MORTGAGE SERVICES LLC,<br><br>Defendant. | Case No. 1:25-cv-01350-JLT-FJS<br><br>ORDER AFTER SCHEDULING/STATUS CONFERENCE<br><br><u>TWENTY-ONE (21) DAY DEADLINE</u> |

On August 3, 2026, the court held a scheduling conference where the court discussed the status of Plaintiff Katherine Sconiers's ("Plaintiff") complaint. Plaintiff's federal claims were dismissed on May 12, 2026, and Plaintiff failed to file an amended complaint within the thirty-day timeframe the court provided. (*See* ECF No. 18.)

At the conference, the court noted that if Plaintiff does not amend the complaint to reassert federal claims, the court would be disinclined to exercise supplemental jurisdiction over the sole remaining state law claim. *See generally Royal Canin USA, Inc. v. Wullshleger*, 604 U.S. 22, 31-32 (2025). In response, Plaintiff's counsel informed the court that Plaintiff intends to amend the complaint and allege federal questions.

Accordingly, the court ORDERS Plaintiff to file a motion for leave to amend the complaint within twenty-one (21) days of this order. Alternatively, if Defendant consents Plaintiff’s filing of an amended pleading under Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff must file an amended complaint within twenty-one (21) days of this order.

IT IS SO ORDERED.

Dated: **August 4, 2026**

UNITED STATES MAGISTRATE JUDGE