**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHERINE SCONIERS,<br>Plaintiff,<br>v.<br>CARRINGTON MORTGAGE SERVICES LLC, et al.,<br>Defendants. | Case No. 1:25-cv-01350 JLT FJS<br><br>ORDER DECLINING TO EXERCISE SUPPLEMENTAL JURISDICTION AND DISMISSING THIS ACTION WITHOUT PREJUDICE |

This Court granted defendant's motion to dismiss in part and permitted plaintiff to file an amended complaint within thirty days. (Doc. 18.) Plaintiff did not file an amended complaint, and only a state law claim remained in the case. The magistrate judge informed the parties that the Court would not be inclined to exercise supplemental jurisdiction over the remaining state law claim. (Doc. 26.) In response, plaintiff informed the Court that she intended to file an amended complaint asserting one or more federal claims, and the magistrate judge ordered plaintiff to file a motion for leave to amend within twenty-one days. (*Id.*) That deadline has passed, and plaintiff has not filed a motion for leave to amend, nor requested more time.

Because all federal claims have been dismissed, the Court declines to exercise supplemental jurisdiction over the remaining state law claim under 28 U.S.C. § 1367(c)(3). *See, e.g.*, *United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 726–27 (1966) ("[I]f the federal claims

are dismissed before trial, even though not insubstantial in a jurisdictional sense, the state claims should be dismissed as well."). The complaint is therefore **DISMISSED** without prejudice. The Clerk's Office is instructed to enter judgment for the defense and close the case.

IT IS SO ORDERED.

Dated: _October 5, 2026_

UNITED STATES DISTRICT JUDGE